066595

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAY 31 2007
U.S. COURT OF FEDERAL CLAIMS

1. CHANNELL, EDWARD F.
2. COVINGTON, LANCE R.
3. DELAUDER, EDWARD M.
4. FROST, WILLIAM P.
5. JOHNSON, MARILYN R.
6. LAWRENCE, BOBBY D.
7. LEVI, ROGER S.
8. NEWMAN, THEODORE D.
9. OBRIEN, JAMES G.
10. SANCHEZ JR., OSCAR
11. SERGI, JOHN A.
12. SHORT, AGNES I.
13. SIMPSON, ROBERT E.
14. VODENIK, JOHN R.
15. ZABRANSKY, DOUGLAS

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

CASE NO. 07-338 C

## COMPLAINT

1. The plaintiffs are employees or former employees of the defendant United

States Government employed as telecommunications specialists in the GS-391 occupations series and related series. Plaintiffs bring this action on behalf of themselves and other employees similarly situated for a declaratory judgment, backpay and other relief, pursuant to 29 U.S.C. Section 216(b), 28 U.S.C. Section 1346(a)(2) and 28 U.S.C. Sections 1491, 2201 and 2202, 5 U.S.C. Section 5596 to remedy the defendant's willful and unlawful violations of federal law complained of herein.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. Section 1346(a)(2), 28 U.S.C. Section 1491, and 29 U.S.C. Section 216(b). Venue is proper pursuant to 28 U.S.C. Section 1402.

## PARTIES

3. Plaintiff Roger Levi, a resident of Reston, Virginia, is currently employed as a GS-391-13 telecommunications specialist for the Voice of America, Broadcasting Board of Governors in Washington, D.C. and has been so employed at all times material herein.

4. Additional persons who are plaintiffs in this action are also current or former employees of the defendant employed as telecommunications specialists by the Voice of America, Broadcasting Board of Governors in Washington, D.C. and they have given their written consent to be party plaintiffs in this action pursuant to 29 U.S.C. Section 216(b). Such written consents are appended to this complaint. These written consent forms set forth each plaintiff's name, home address, social security number,

employing agency, the positions and grade levels in which each plaintiff has been employed during the past several years and each plaintiff's address.

5. Each of the plaintiffs in this action is an "employee" within the meaning of the Fair Labor Standards Act (FLSA), 29 U.S.C. Section 203(e)(1).

6. The defendant Government of the United States is, and at all material times has been, a "public agency" and "employer" within the meaning of the FLSA, 29 U.S.C. Section 203(x) and Section 203(d). Defendant employs the plaintiffs and other employees in similar activities and has its principal place of business in Washington, D.C.

## FACTS

7. Section 7(a) of the FLSA (29 U.S.C. Section 207(a)) provides that an employer shall compensate its employees at a rate not less than one and one-half times their regular rate for each hour employed in excess of 40 hours per week. In addition, section 551.501 of Part 5 of the Code of Federal Regulations, 5 CFR § 551.501, provides that federal agency employers such as the Voice of America, Broadcasting Board of Governors shall compensate their employees at a rate of not less than one and one-half times the employees' regular rate of pay for all hours of work, including paid leave, in excess of 8 in a day and/or 40 in a work week. At all times material herein, the plaintiffs and other employees similarly situated have been entitled to FLSA overtime pay for all hours of work, including paid leave, in excess of 8 in a day and/or 40 in a work week.

8. At all times material herein, the plaintiffs have worked at the GS-13 pay

grades and below in the GS-391 telecommunication specialist series and related occupations. At all times material herein, while working in these positions each of the plaintiffs has worked hours in excess of forty (40) hours per week and/or 8 hours a day.

9. During the time plaintiffs worked in excess of forty (40) hours per week and/or eight (8) hours a day, defendant United States has failed and refused to provide plaintiffs with the rights and protections provided under the FLSA, including overtime at a rate of one and one-half times their regular rates of pay for all hours plaintiffs have worked in excess of the hourly standards set forth in 29 U.S.C. §207 and 5 CFR § 551.501.

10. By failing and refusing to pay the plaintiffs and other employees similarly situated the overtime pay required under law, the defendant has violated, and is continuing to violate in a willful and intentional manner, the provisions of the FLSA. As a consequence, at all times material herein, the plaintiffs have been unlawfully deprived of overtime compensation and other relief for the maximum statutory period allowed under federal law.

11. As a result of the defendant's willful and purposeful violations of the FLSA, there have become due and owing to each of the plaintiffs various amounts that have not yet been precisely determined. The employment and work records for each are in the exclusive possession, custody and control of defendant and its public agencies and the plaintiffs are unable to state at this time the exact amounts owing to each of them. Defendant and its public agencies are under a duty imposed by the Office of Personnel Management and the Government Accountability Office retention schedule, the FLSA

(29 U.S.C. §211 (c)) and various statutory and regulatory provisions to maintain and preserve payroll and other employment records with respect to plaintiffs and other employees similarly situated from which the amounts of defendant's liability can be ascertained.

12. Pursuant to 29 U.S.C. § 216(b), plaintiffs are entitled to recover liquidated damages in an amount equal to their back pay damages for the Defendant's failure to pay overtime compensation.

13. Pursuant to the Back Pay Act, 5 U.S.C. § 5596, plaintiffs are entitled to recover interest on their back pay damages for the defendant's failure to pay them overtime compensation.

14. Plaintiffs are entitled to recover attorneys' fees and costs under 29 U.S.C. § 216(b), the Back Pay Act, 5 U.S.C. § 5596 as well as other applicable laws and regulations.

WHEREFORE, the plaintiffs, on their own behalf and on behalf of others similarly situated, pray that this Court:

(a) Enter judgment declaring that the defendant has willfully and wrongfully violated its statutory obligations, and deprived each of the plaintiffs of their rights;

(b) Order a complete and accurate accounting of all the compensation to which the plaintiffs are entitled;

(c) Award each plaintiff monetary liquidated damages equal to their unpaid compensation, plus interest;

(d) Award plaintiffs their reasonable attorneys' fees to be paid by the defendant,

and the costs and disbursements of this action; and

(e) Grant such other relief as may be just and proper.

Respectfully submitted,

Dated: May 31, 2007

Molly A. Elkin
WOODLEY & McGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855

Counsel of Record

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CHANNELL, EDWARD F., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**APPENDIX – CONSENT FORMS**

**REQUEST TO BECOME PARTY PLAINTIFF (Voice of America)**

**Print clearly, or type the following information:**

NAME Levi (Last) Roger S. (First) (Middle) SS# 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

HOME ADDRESS 12626 Thunder Chase Dr. (Address)

Reston (City) VA (State) 20191 (Zip Code)

PHONE (home) 703-435-4963 (work) 202 619-1783

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2004 | IBB | GS-391 | GS 13-7 | Telecommunications Spec. |
| 2005 | IBB | GS-391 | GS13-7/8 | " |
| 2006 | IBB | GS-391 | GS 13-8 | " |
| 2007 | IBB | GS 391 | GS 13-8 | " |

SIGNATURE Roger S. Levi

**Continue on Reverse**

**REQUEST TO BECOME PARTY PLAINTIFF (Voice of America)**

**Print clearly, or type the following information:**

NAME Channell (Last) Edward (First) Floyd (Middle) SS# 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

HOME ADDRESS 3486 Firestone Dr. (Address)

Ijamsville (City) Md (State) 21754 (Zip Code)

PHONE (home) 301-831-6056 (work) 202-619-1783

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2004 | IBB | GS-391 | 5 | Telecommications Spec |
| 2005 | IBB | GS-391 | 5 | " " |
| 2006 | IBB | GS-391 | 6 | " " |
| 2007 | IBB | GS-391 | 6 | " " |

SIGNATURE Edward F Channell

**Continue on Reverse**

**REQUEST TO BECOME PARTY PLAINTIFF (Voice of America)**

**Print clearly, or type the following information:**

NAME Covington Lance R SS# 7422
Last First Middle

HOME ADDRESS 7225 Ivy Bank Road
Address

Laurel MD 20707
City State Zip Code

PHONE (home) 301-210-6331 (work) ____________

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2004 | ~~Eoc~~ | ~~[illegible]~~ | ~~13~~ | ~~Telecommunications Specialist~~ |
| 2005 | | | | |
| 2006 | Eoc | GS 391 | 13 | Telecommunications - Specialist |
| 2007 | Eoc | GS 391 | 13 | " |

**SIGNATURE** Lance Covington

**Continue on Reverse**

**REQUEST TO BECOME PARTY PLAINTIFF (Voice of America)**

**Print clearly, or type the following information:**

NAME DELAUDER, EDWARD MICHAEL SS# 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
Last First Middle

HOME ADDRESS 221 FINCHINGFIELD CT.
Address

STERLING, VA 20165
City State Zip Code

PHONE (home) 703-406-9708 (work) 202-619-1783

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2004 | IBB | 0391 | GS-11-7 | Telecommunications Specialist |
| 2005 | IBB | 0391 | GS 11-7 | " |
| 2006 | IBB | 0391 | GS 11-7 | " |
| 2007 | IBB | 0391 | GS 11-8 | " |

**SIGNATURE** Edward M. DeLauder

**Continue on Reverse**

**REQUEST TO BECOME PARTY PLAINTIFF (Voice of America)**

**Print clearly, or type the following information:**

NAME FROST WILLIAM PETER SS# 476 56 1580
Last First Middle

HOME ADDRESS 6604 CARDINAL LN
Address

FREDERICKSBURG, VA 22407
City State Zip Code

PHONE (home) (540) 785-8296 (work) (202) 619-1783

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

[redacted]

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2004 | VOA/IBB | GS-391 | 13/6 | |
| 2005 | VOA/IBB | GS-391 | 13/6 | |
| 2006 | VOA/IBB | GS-391 | 13/6 / 7 (EFF PAY PERIOD 5) | |
| 2007 | VOA/IBB | GS-391 | 13/7 | |

**SIGNATURE** [signature]

**Continue on Reverse**

**REQUEST TO BECOME PARTY PLAINTIFF (Voice of America)**

**Print clearly, or type the following information:**

NAME Johnson (Last) MARILYN (First) R (Middle) SS# 4468

HOME ADDRESS 6 Dumfries Court (Address)

Olney (City) MD (State) 20832 (Zip Code)

PHONE (home) 301-570-5783 (work) –03-424-3568

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2004 | IBB | GS-391 | 13 | Telecommunication Spec. |
| 2005 | IBB | GS 391 | 13 | '' |
| 2006 | IBB | GS-391 | 13 | '' |
| 2007 | IBB | GS 391 | 13 | '' |

SIGNATURE [illegible]

**Continue on Reverse**

**REQUEST TO BECOME PARTY PLAINTIFF (Voice of America)**

**Print clearly, or type the following information:**

NAME Lawrence Bobby D. SS# 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
Last First Middle

HOME ADDRESS 89 Chadwick Dr.
Address

Stafford VA. 22556
City State Zip Code

PHONE (home) 540-652-6595 (work) 202-619-1783

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2004 | IBB | 391 | GS-13 | Telecom Spe |
| 2005 | IBB | 391 | GS-13 | " |
| 2006 | IBB | 391 | GS-13 | " |
| 2007 | IBB | 391 | GS-13 | " |

SIGNATURE Bob Lawrence

**Continue on Reverse**

**REQUEST TO BECOME PARTY PLAINTIFF (Voice of America)**

**Print clearly, or type the following information:**

NAME Newman Theodore David SS# 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
Last First Middle

HOME ADDRESS 273 Applejack Cir
Address

Linden VA 22642
City State Zip Code

PHONE (home) (540)635-7853 (work) (202) 619-1783

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2004 | IBB | 391 | GS-13 | Telecomm Spec |
| 2005 | " | " | " | " |
| 2006 | " | " | " | " |
| 2007 | " | " | " | " |

**SIGNATURE** [signature]

**Continue on Reverse**

**REQUEST TO BECOME PARTY PLAINTIFF (Voice of America)**

**Print clearly, or type the following information:**

NAME O'BRIEN SAME G SS# 2289
Last First Middle

HOME ADDRESS 20058 Great Falls Forest Dr
Address

Great Falls Va 22066
City State Zip Code

PHONE (home) 703-444-1412 (work) 202-619-1783

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2004 | IBB | 391 | GS13 | Telecommunication Specialist |
| 2005 | IBB | 391 | GS13 | " |
| 2006 | IBB | 391 | GS13 | " |
| 2007 | IBB | 391 | GS13 | " |

**SIGNATURE** [signature]

**Continue on Reverse**

**REQUEST TO BECOME PARTY PLAINTIFF (Voice of America)**

**Print clearly, or type the following information:**

NAME Sanchez JR Oscar SS# 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
Last First Middle

HOME ADDRESS 828 ANTIETAM DR
Address

WAYNesboro PA 17268
City State Zip Code

PHONE (home) ~~202~~ - 717-977-2678 (work) 202-619-1783

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2004 | IBB | 391 | GS-13 | Telecom Specialist |
| 2005 | IBB | 391 | GS-13 | Telecom Specialist |
| 2006 | IBB | 391 | G-13 | Telecom Specialist |
| 2007 | IBB | 391 | G-13 | Telecom Specialist |

SIGNATURE Oscar Sanchez Jr

**Continue on Reverse**

**REQUEST TO BECOME PARTY PLAINTIFF (Voice of America)**

**Print clearly, or type the following information:**

NAME Sergi (Last) John (First) A (Middle) SS# 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

HOME ADDRESS 11305 Commanche Rd (Address)

Lusby (City) Md (State) 20657 (Zip Code)

PHONE (home) 410-326-3983 (work) 202 619-1783

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2004 | IBB | | GS-13/6 | Tel. Com Spec |
| 2005 | IBB | | GS-13/6 | " |
| 2006 | IBB | | GS-13/7 | " |
| 2007 | IBB | | GS-13/7 | " |

**SIGNATURE** John A Sergi

**Continue on Reverse**

**REQUEST TO BECOME PARTY PLAINTIFF (Voice of America)**

**Print clearly, or type the following information:**

NAME Short (Last) Agnes (First) I. (Middle) SS# 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

HOME ADDRESS 3109 Jacqueline Way (Address)

Bryans Rd. (City) MD (State) 20616 (Zip Code)

PHONE (home) 301-375-8610 (work) 202-619-1783

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2004 | IBB | GS-391 | 13/3 | Telecommunication Specialists |
| 2005 | IBB | GS-391 | 13/4 | " |
| 2006 | IBB | GS-391 | 13/5 | " |
| 2007 | IBB | GS-391 | 13/5 | " |

SIGNATURE Agnes I. Short

**Continue on Reverse**

**REQUEST TO BECOME PARTY PLAINTIFF (Voice of America)**

**Print clearly, or type the following information:**

NAME Simpson Robert E. SS# 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
Last First Middle

HOME ADDRESS 5050 Stameyhill Road
Address

Waynesboro PA 17268
City State Zip Code

PHONE (home) 717-372-6518 (work) 202-619-1783

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2004 | IBB | 391 | GS-13/2 | Telecommunications Spec. |
| 2005 | IBB | 391 | GS-13/3 | " |
| 2006 | IBB | 391 | GS-13/4 | " |
| 2007 | IBB | 391 | GS-13/4 | " |

**SIGNATURE** Robert E. Simpson

**Continue on Reverse**

**REQUEST TO BECOME PARTY PLAINTIFF (Voice of America)**

**Print clearly, or type the following information:**

NAME Vodenik, John Russell SS# 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
Last First Middle

HOME ADDRESS 6022 OSAGE ST
Address

College Park, MD 20740
City State Zip Code

PHONE (home) 301-474-0143 (work) 202-619-1783

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2004 | VOA | 0856 | 12/3 | Supervisor |
| 2005 | VOA | 0856 | 12/4 | Supervisor |
| 2006 | VOA | 0856 | 12/5 | Supervisor |
| 2007 | VOA | 0391 | 13/2 | Tech |

**SIGNATURE** [signature]

**Continue on Reverse**

**REQUEST TO BECOME PARTY PLAINTIFF (Voice of America)**

**Print clearly, or type the following information:**

NAME ZABRAWSKY DOUGLAS SS# 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
Last First Middle

HOME ADDRESS 21 W TAYLOR RUN PKWY
Address

ALEXANDRIA VA 22314
City State Zip Code

PHONE (home) 703 927 0545 (work) ____

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer IBB | Series 391 | Pay Grade-Step 13-5 | Position TELECOM SPECIALIST |
|---|---|---|---|---|
| 2004 | | | | |
| 2005 | | | | |
| 2006 | IBB | GS-391 | 13-5 | TELECOM Specialist |
| 2007 | IBB | GS-391 | 13-5 | " " |

SIGNATURE ____ **Continue on Reverse**