IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EDWARD F. CHANNELL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 07-338C |
| | ) | (Judge Firestone) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Ellen M. Lynch, as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

Ellen M. Lynch
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12072
Washington, D.C. 20530
Phone: (202) 353-7994
Fax: (202) 514-8624
E-mail: Ellen.Lynch@usdoj.gov

Attention: Classification Unit
8th Floor

s/Ellen M. Lynch
Ellen M. Lynch
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

Dated: June 14, 2007

CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of June, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Ellen M. Lynch