IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EDWARD F. CHANNELL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07-338C |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Bryan G. Polisuk, as an attorney for record for Edwards F. Channel, et al. Service of all papers by the opposing party should be addressed as follows:

Bryan G. Polisuk
WOODLEY & McGILLIVARY
1125 15th Street, NW
Suite 400
Washington, DC 20005
Phone: (202) 833-8855
Fax: (202) 452-1090
E-mail: BGP@wmlaborlaw.com

Attention: Classification Unit
8th Floor

s/ Bryan G. Polisuk
Bryan G. Polisuk
WOODLEY & McGILLIVARY

Dated: June 19, 2007