IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EDWARD F. CHANNELL et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 07-338C |
| | ) | (Judge Nancy B. Firestone) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 45-day enlargement of time, to and including September 13, 2007, to file a response to the complaint. Our response is currently due on July 30, 2007. This is defendant's first request for an enlargement of time for this purpose. Defendant's counsel has spoken with plaintiff's counsel about this enlargement of time. Plaintiff's counsel stated that he does not oppose this enlargement.

The enlargement is requested because the undersigned counsel of record for defendant has not received a litigation report from the interested agency, the Broadcasting Board of Governors, as required by 28 U.S.C. § 520. The additional time is necessary to allow sufficient time for agency counsel to prepare the litigation report and for counsel of record to review the litigation report and prepare the Government's response to the complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time of 45 days, to and including September 13, 2007, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Todd M. Hughes
TODD M. HUGHES
Deputy Director

/s/ Ellen M. Lynch
ELLEN M. LYNCH
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 353-7994
Fax: (202) 514-8624

July 23, 2007

Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 23rd day of July, 2007, a copy of "Defendant's Unopposed Motion For An Enlargement Of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Ellen M. Lynch
Ellen M. Lynch