# In the United States Court of Federal Claims

**No. 07-338C**
**(Filed: July 24, 2007)**

* * * * * * * * * * * * * * * * *
*
**EDWARD F. CHANNELL, et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

Defendant's unopposed motion, filed July 23, 2007, for a 45-day enlargement of time within which to respond to plaintiffs' complaint is **GRANTED**. Accordingly, defendant shall file its response by **Thursday, September 13, 2007**.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge