IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EDWARD F. CHANNELL, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:07-cv-00338-NBF<br>(Judge Firestone) |

JOINT PRELIMINARY STATUS REPORT

Pursuant to Appendix A of the Rules of this Court, the parties respectfully submit the following Joint Preliminary Status Report.

Paragraph 4

a. Does the Court have jurisdiction over this action?

Plaintiff believes that the Court possesses subject matter jurisdiction to entertain this action pursuant to 28 U.S.C. Section 1346(a)(2), 28 U.S.C. Section 1491, and 29 U.S.C. Section 216(b). Defendant, the United States, states that, at this time, it is unaware of any bar to the Court's jurisdiction.

b. Should the case be consolidated with any other case?

No.

c. Should trial of liability and damages be bifurcated and the reasons therefore?

The parties request bifurcation of damages and liability for trial. In the event that liability is established, the parties will attempt to agree upon damages without further Court intervention. In the event that the parties cannot agree upon damages, the parties will seek the Court's assistance.

d. Should further proceedings in this case be deferred pending consideration of

another case before this Court or any other tribunal?

No.

e. Will a remand or suspension be sought and the reasons therefore and the proposed duration?

No.

f. Will additional parties be joined and, if so, a statement describing such parties, their relationship to the case, and the efforts to effect joinder and the schedule proposed to effect joinder?

Pursuant to the Court's Rules, should additional similarly situated employees come forward and request to participate in this lawsuit, plaintiffs' counsel will file a motion to amend the complaint to add additional plaintiffs who wish to opt-in to this case. Plaintiffs propose that they be permitted to add plaintiffs to this case until 45 days prior to the close of discovery.

g. Does either party intend to file a motion pursuant to Rule 12(b), 12(c) or 56 and, if so, a schedule for the intended filing?

At this time, the parties cannot state whether they intend to file dispositive motions pursuant to the RCFC. The parties will be in a better position to determine whether dispositive motions will be filed once they have completed discovery and determined the likelihood of settlement.

h. What are the relevant factual and legal issues?

Based upon a review of the case thus far, the parties believe that the primary issues are as follows:

(1) Whether plaintiffs are entitled to receive overtime compensation in

accordance with the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §207, during the time they have been or were employed by the United States by the Voice of America, Broadcasting Board of Governors in the position of GS-391-13 telecommunications specialists in Washington, D.C.

(2) Whether the plaintiffs are or were exempt from the provisions of the FLSA, 29 U.S.C. §213(a), during the time that they have been or were employed by the United States by the Voice of America, Broadcasting Board of Governors in the position of GS-391-13 telecommunications specialists in Washington, D.C.

(3) In the event plaintiffs prevail upon the issue of liability, whether the plaintiffs are entitled to an award of liquidated damages on their FLSA claims in accordance with 29 U.S.C. §216(b).

(4) In the event plaintiffs prevail upon the issue of liability, whether the statute of limitations under the FLSA, 29 U.S.C. §255, should be two years or three years?

i. What is the likelihood of settlement? Is alternative dispute resolution contemplated?

At this time, the parties cannot state whether settlement is likely. The parties are amenable to engaging in settlement discussions, which may include alternative dispute resolution procedures, once discovery has given the parties an opportunity to assess their respective litigation risks.

j. Do the parties anticipate proceeding to trial? Does any party or do the parties jointly request expedited trial scheduling, and, if so, the reasons why the case is

appropriate therefore?

The parties are currently unable to predict whether this matter will proceed to trial. The parties do not request expedited trial scheduling.

k. Are there special issues regarding electronic case management needs?

No.

l. Is there any other information of which the Court should be aware at this time?

No.

<u>Paragraph 5</u>

Proposed Discovery Plan

The parties propose the following discovery schedule:

| | |
|---|---|
| Exchange of Initial Disclosures: | December 5, 2007 |
| Close of Discovery: | April 29, 2008 |

The parties propose that they file a status report on May 4, 2008 concerning the necessity for further litigation proceedings, including the necessity for further discovery or whether the parties would like to engage in alternative dispute options with Judge Firestone or other settlement options.

Respectfully submitted,

/s/Molly A. Elkin
MOLLY A. ELKIN
Woodley & McGillivary
1125 15th Street, N.W, Suite 400
Washington, D.C. 20005
(202) 833-8855

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/Todd M. Hughes
Todd M. Hughes
Deputy Director

/s/Ellen M. Lynch
Ellen M. Lynch
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
TEL: (202) 353-7994
FAX: (202) 514-8624

Of Counsel:

Elizabeth Parish
Assistant General Counsel
Broadcasting Board of Governors
330 Independence Avenue
Room 3349
Washington, D.C. 202037
TEL: (202) 203-4550

Attorney for Plaintiffs

Attorneys for Defendant

Date: November 5, 2007

Certificate of Service

I certify that a Joint Preliminary Status Report was filed electronically on November 5, 2007 and will be served upon the following party via the Court's CM/ECF system:

Ellen M. Lynch
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, DC 20530

/s/Molly A. Elkin
*Counsel for Plaintiffs*