# In the United States Court of Federal Claims

**No. 07-338C**
**(Filed: November 14, 2007)**

* * * * * * * * * * * * * * * * *
*
**EDWARD F. CHANNELL, et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

The court hereby **SCHEDULES** the joint preliminary status conference for **Wednesday, November 28, 2007 at 10:30 a.m. eastern time**. Counsel for each party shall appear via phone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff and Bryan Polisuk at (202) 833-8855; counsel for defendant at (202) 353-7994. The court will initiate the conference call.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge