# In the United States Court of Federal Claims

**No. 07-338C**
**(Filed: November 28, 2007)**

* * * * * * * * * * * * * * * * *

**EDWARD F. CHANNELL, et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**O R D E R**

Pursuant to the parties' November 5, 2007 Joint Preliminary Status Report and the November 28, 2007 Joint Preliminary Status Conference, the parties have agreed to bifurcate the liability and damages phases of the above-captioned case. Accordingly, the parties shall perform discovery on the issue of liability pursuant to the following schedule:

| | |
|---|---|
| Exchange of Initial Disclosures | Wednesday, December 5, 2007 |
| Close of Initial Discovery | Monday, April 7, 2008 |
| Joint Status Report | Monday, April 14, 2008 |

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge