IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EDWARD F. CHANNELL, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 07-338C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR AN ENLARGEMENT OF TIME**

Plaintiffs and defendant respectfully request that this Court grant an enlargement of time of 60 days, to and including Friday, June 6, 2008, within which to complete discovery. Such discovery currently is set to close on April 7, 2008. Furthermore, the parties respectfully request that this Court grant an enlargement of 60 days, to and including Friday, June 13, 2008, within which to file the Joint Status Report required by the Court's November 28, 2007 scheduling order. This is the parties' first request for an enlargement of time for these purposes.

In support of the instant motion, we note that the parties have timely made their initial disclosures pursuant to Rule 26 and the Court's November 28, 2007 scheduling order.

This joint motion for an enlargement of time is necessary because additional time is required to develop fully the facts of this case. Plaintiffs served discovery requests on defendant via U.S. Mail on December 18, 2007, which defendant did not receive until January 4, 2008 due to mail delays. Defendant sought and received an extension of time to produce the requested documents. Although defendant has responded to the interrogatories, defendant cannot produce the requested documents until the parties enter a protective order. The parties have exchanged a draft proposed protective order and are close to finalizing the terms of that order for submission to the Court for approval. Thereafter, defendant will produce the requested discovery and the

parties will then take and defend the necessary depositions. Following the close of discovery, the parties will be in a position to assess whether they will be able to resolve this case through settlement without the need for further Court intervention.

For the foregoing reasons, the parties respectfully request that the Court grant their motion for an enlargement of time of 60 days, to and including Friday, June 6, 2008, within which the parties must complete non-expert discovery; and their motion for an enlargement of time of 60 days, to and including Friday, June 13, 2008, within which the parties must file a Joint Status Report.

Respectfully submitted,

s/ Molly A. Elkin
MOLLY A. ELKIN
Woodley & McGillivary
1125 15th Street, N.W., Suite 400
Washington, D.C. 20005

s/ Bryan Polisuk
BRYAN POLISUK
Woodley & McGillivary
1125 15th Street, N.W., Suite 400
Washington, D.C. 20005

Attorneys for Plaintiffs

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Todd M. Hughes
TODD M. HUGHES
Deputy Director

s/ Ellen M. Lynch
ELLEN M. LYNCH
Trial Attorney, Commercial Litigation Branch
Civil Division, Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-7994
Fax: (202) 514-8624

March 28, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that, on this 28th day of March 2008, I caused to be filed electronically the foregoing JOINT MOTION FOR AN ENLARGEMENT OF TIME with the United States Court of Federal Claims. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Ellen M. Lynch
ELLEN M. LYNCH