# In the United States Court of Federal Claims

**No. 07-338C**
**(Filed: April 2, 2008)**

* * * * * * * * * * * * * * * * *
*
**EDWARD F. CHANNELL, et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

The parties' joint motion, filed March 28, 2008, for a 60-day enlargement of time of the discovery schedule is **GRANTED**. Accordingly, the schedule is as follows:

| | |
|---|---|
| **June 6, 2008** | **Close of Non-Expert Discovery** |
| **June 13, 2008** | **Joint Status Report** |

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge