# In the United States Court of Federal Claims

**No. 07-338C**
**(Filed: May 15, 2008)**

```
* * * * * * * * * * * * * * * * *
                                   *
EDWARD F. CHANNELL, et al.,        *
                                   *
              Plaintiffs,          *
                                   *
v.                                 *
                                   *
THE UNITED STATES,                 *
                                   *
              Defendant.           *
                                   *
* * * * * * * * * * * * * * * * *
```

**O R D E R**

The parties' joint motion, filed May 13, 2008, for a protective order is **GRANTED**.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge