IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EDWARD F. CHANNELL, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 07-338C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests that this Court grant an enlargement of time of 10 days, to and including Monday, June 16, 2008, within which to complete discovery. Such discovery currently is set to close on June 6, 2008. Furthermore, defendant respectfully requests that this Court grant an enlargement of eight days, to and including Friday, June 20, 2008, within which to file the Joint Status Report required by the Court's November 28, 2007 scheduling order. This is the defendant's second request for an enlargement of time for these purposes. Plaintiffs' counsel has stated that he does not oppose this motion.

This motion for an enlargement of time is necessary because additional time is required to complete discovery in this case. Defendant noticed depositions to be taken on June 2, 2008 through June 4, 2008. Unfortunately, undersigned counsel for defendant became ill on Monday, June 2, 2008, and was, therefore, unable to take the two depositions scheduled for that day. The parties were able to reschedule one of the depositions, but the other deponent is unavailable during the remainder of the discovery period. Undersigned counsel for defendant will be out of town the following week, preparing for trial in Scott Timber Co. v. United States, Fed. Cl. No. 05-708. Therefore, defendant intends to take the final deposition on Monday, June 16, 2008.

Following the close of discovery, the parties will be in a position to assess whether they will be able to resolve this case through settlement without the need for further Court intervention.

For the foregoing reasons, the defendant respectfully requests that the Court grant its motion for an enlargement of time of 10 days, to and including Monday, June 16, 2008, for the parties to complete discovery; and its motion for an enlargement of time of eight days, to and including Friday, June 20, 2008, within which the parties must file a Joint Status Report.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Todd M. Hughes
TODD M. HUGHES
Deputy Director

s/Ellen M. Lynch
ELLEN M. LYNCH
Trial Attorney, Commercial Litigation Branch
Civil Division, Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-7994
Fax: (202) 514-8624

June 5, 2008 Attorneys for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that, on this 5th day of June, 2008, I caused to be filed electronically the foregoing DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME with the United States Court of Federal Claims. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Ellen M. Lynch
ELLEN M. LYNCH