# In the United States Court of Federal Claims

**No. 07-338C**
**(Filed: June 6, 2008)**

* * * * * * * * * * * * * * * * *

**EDWARD F. CHANNELL, et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**O R D E R**

Defendant's unopposed motion, filed June 6, 2008, for an enlargement of time of the discovery schedule is **GRANTED**. Accordingly, the schedule is as follows:

| | |
|---|---|
| **June 16, 2008** | **Close of Discovery** |
| **June 20, 2008** | **Joint Status Report** |

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge