IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EDWARD F. CHANNELL, et al. | ) | |
| | ) | |
| | ) | Case No. 1:07-cv-00338-NBF |
| Plaintiffs, | ) | (Judge Firestone) |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's June 6, 2008 Order, the parties respectfully submit the following as their Joint Status Report. The parties completed discovery on June 16, 2008. In addition to exchanging documents, the parties conducted depositions. Specifically, plaintiffs' counsel deposed defendant's designated Rule 30(b)(6) witness and defendant's counsel deposed five of the plaintiffs' witnesses.

As a result of the information gathered during discovery, the parties believe that, over the next 90 days, efforts should be made toward settlement in this case. Accordingly, the parties respectfully request that the Court issue a stay in this matter until September 26, 2008, so the parties can seek to resolve this matter. On that date, the parties will submit a Joint Status Report and inform the Court whether efforts to settle this matter were successful. If the parties are unable to settle this matter by that date, or believe that the matter cannot be settled, they will ask the Court to issue a briefing schedule for summary judgment.

Respectfully submitted,

s/Molly A. Elkin
MOLLY A. ELKIN
Woodley & McGillivary
1125 15th Street, N.W, Suite 400
Washington, D.C. 20005
(202) 833-8855

Attorney of Record

Bryan G. Polisuk
Woodley & McGillivary
1125 15th Street, N.W. Suite 400
Washington, D.C. 20005
(202) 833-8855

Of Counsel

Attorneys for Plaintiffs

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Todd M. Hughes
TODD M. HUGHES
Deputy Director

s/Ellen M. Lynch
ELLEN M. LYNCH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
TEL: (202) 353-7994
FAX: (202) 514-8624

Of Counsel:

ELIZABETH PARIAH
PATRICIA HARGRAVE
Office of the General Counsel
Broadcasting Board of Governors
330 Independence Avenue, S.W
Room 3349
Washington, D.C. 20237

Attorneys for Defendant

Certificate of Service

I certify that the parties' Joint Status Report was filed and served electronically on the following party on June 20, 2008:

Ellen M. Lynch
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, DC 20530

s/ Molly A. Elkin
*Counsel for Plaintiffs*