# In the United States Court of Federal Claims

**No. 07-338C**
**(Filed: June 23, 2008)**

* * * * * * * * * * * * * * * * *

**EDWARD F. CHANNELL, et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**O R D E R**

The court is in receipt of the joint status report, filed June 20, 2008, in which the parties indicate that they have completed discover and request a 90-day stay to allow the parties to explore the possibility of settlement. The parties' request is **GRANTED**. Accordingly, the above-captioned case is **STAYED**. The parties shall file a joint status report by **Friday, September 26, 2008** advising the court as to the progress made towards a final settlement

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge